THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Salamatu Forte

PLAINTIFF,

vs.

Waterford Green Limited Partnership; Redevco, Inc., and Dawn Metcalf,

DEFENDANTS.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

Court File No. 01-1706 (DWF/AJB)

---

**WHEREAS,** the Court in the above-captioned matter issued a Pretrial Scheduling Order on January 15, 2002, which was also filed on January 15, 2002 ("Scheduling Order").

**WHEREAS,** the Scheduling Order established a deadline for each party to complete discovery and file non-dispositive motions by July 1, 2002.

**WHEREAS,** the Scheduling Order established a deadline for serving and filing dispositive motions by September 1, 2002.

**WHEREAS,** because the parties were unable to obtain written discovery as quickly as anticipated, the parties will be unable to complete factual depositions prior to July 1, 2002.

**WHEREAS,** the parties, by and through their undersigned counsel, have stipulated and agreed that each of the above-mentioned deadlines should be extended, and that any extension of those deadlines would not hinder or otherwise affect the other dates and deadlines set forth in the Scheduling Order.

**NOW, THEREFORE,** the parties, by and through their undersigned counsel, hereby stipulate to the following:

1. The discovery deadline for both parties shall be extended to August 1, 2002.

858059-1

JUN 2 7 2002
FILED__________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. Non-dispositive motions shall be filed by August 1, 2002.

3. All dispositive motions shall be filed by October 1, 2002.

4. All other provisions of the Court's previous Scheduling Order shall remain in effect.

Dated: June 26, 2002

By ______________________
Patrick J. Sauter (95989)
Leondra M. Hanson (294512)
Rider, Bennett, Egan & Arundel, LLP
Attorneys for Defendants
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8921/340-7952

Dated: : June 23, 2002

By ______________________
Jordan Kushner (219307)
Attorney for Plaintiff
Sexton Building – Suite 636
529 South Seventh Street
Minneapolis, Minnesota 55402

**ORDER**

Pursuant to the Stipulation to Amend Pretrial Scheduling Order filed by the parties, by and through their counsel, it is hereby ordered that this Court's Pretrial Scheduling Order dated and filed January 15, 2002, is amended as follows:

1. The discovery deadline for both parties shall be extended to August 1, 2002.
2. Non-dispositive motions shall be filed by August 1, 2002.
3. All dispositive motions shall be filed by October 1, 2002.
4. All other provisions of the Court's previous Scheduling Order shall remain in effect.

BY THE COURT

The Honorable Arthur J. Boylan
Magistrate Judge of District Court

Dated: 6/25 2002