THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Salamatu Forte

PLAINTIFF,

vs.

Waterford Green Limited Partnership; Redevco, Inc., and Dawn Metcalf,

DEFENDANTS.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER AND ORDER**

Court File No. 01-1706 (DWF/AJB)

**WHEREAS,** the Court in the above-captioned matter issued a Pretrial Scheduling Order on January 15, 2002, which was also filed on January 15, 2002 ("Scheduling Order") and was subsequently amended by stipulation of the parties.

**WHEREAS,** the Amended Scheduling Order established a deadline for each party to complete discovery and file non-dispositive motions by August 1, 2002.

**WHEREAS,** the Amended Scheduling Order established a deadline for serving and filing dispositive motions by October 1, 2002.

**WHEREAS,** because fact witnesses have been on vacation and otherwise unavailable, the parties were unable to complete factual depositions prior to August 1, 2002, and will be unable to complete dispositive motions in order that they be served prior to the dispositive motion deadline of October 1, 2002.

**WHEREAS,** the parties, by and through their undersigned counsel, have stipulated and agreed that each of the above-mentioned deadlines should be extended, and that any extension of those deadlines would not hinder or otherwise affect the other dates and deadlines set forth in the Scheduling Order.

858059-1

FILED AUG 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**NOW, THEREFORE,** the parties, by and through their undersigned counsel, hereby stipulate to the following:

1. The discovery deadline for both parties shall be extended to October 1, 2002.

2. Non-dispositive motions shall be filed by October 1, 2002.

3. All dispositive motions shall be filed by November 1, 2002.

4. All other provisions of the Court's previous Scheduling Order shall remain in effect.

Dated: Aug. 26, 2002

By [signature]
Patrick J. Sauter (95989)
Leondra M. Hanson (294512)
Rider, Bennett, Egan & Arundel, LLP
Attorneys for Defendants
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8921/340-7952

Dated: : Aug. 27, 2002

By [signature]
Jordan Kushner (219307)
Attorney for Plaintiff
Sexton Building – Suite 636
529 South Seventh Street
Minneapolis, Minnesota 55402

858059-1

**ORDER**

Pursuant to the Stipulation to Amend Pretrial Scheduling Order filed by the parties, by and through their counsel, it is hereby ordered that this Court's Pretrial Scheduling Order dated and filed January 15, 2002, and subsequently amended is amended again as follows:

1. The discovery deadline for both parties shall be extended to October 1, 2002.
2. Non-dispositive motions shall be filed by October 1, 2002.
3. All dispositive motions shall be filed by November 1, 2002.
4. All other provisions of the Court's previous Scheduling Order shall remain in effect.

BY THE COURT

The Honorable Arthur J. Boylan
Magistrate Judge of District Court

Dated: 8/28/02 2002

858059-1