UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SALAMATU FORTE,

Plaintiff,

v.

WATERFORD GREEN LIMITED PARTNERSHIP, ET AL.,

Defendants.

Case No. 01-1706 DWF/AJB

NOTICE OF FINAL SETTLEMENT CONFERENCE

---

The above-referenced case is assigned to Judge Donovan W. Frank for trial. A settlement conference will be held on **March 10, 2003 at 9:00 a.m.**, in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Filed MAR 05 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Each attorney shall submit to the undersigned no later than Friday, March 7, 2003 at 4:30 p.m., a confidential letter setting forth the parties' respective settlement positions.

Dated: March 4, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge