**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SALAMATU FORTE,

Plaintiff,

v.

WATERFORD GREEN LIMITED PARTNERSHIP, a Minnesota Limited Partnership, REDEVCO, INC., a Minnesota Corporation, and DAWN METCALF, individually and as agent of Waterford Green Limited Partnership and Redevco, Inc.,

Defendants.

Civil No. 01-1706 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Jordan Kushner, Esq., Kushner Law Office, 636 Sexton Building, 529 7th Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Patrick Sauter, Esq., and Leondra Hanson, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 7, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 0 7 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________