**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Salamatu Forte,

Plaintiff,

v.

Waterford Green Limited Paternship, a Minnesota Limited Partnership; Redevco, Inc., a Minnesota Corporation; and Dawn Metcalf, individually and as agent of Waterford Green Limited Partnership and Redevco, Inc.,

Defendants.

Civil No. 01-1706 (DWF/AJB)

**ORDER**

---

Jordan S. Kushner, Esq., Kushner Law Office, 636 Sexton Building, 529 Seventh Street South, Minneapolis, MN 55415, counsel for Plaintiff.

Patrick J. Sauter, Esq., and Leondra M. Hanson, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South Seventh Street, Minneapolis MN 55402, counsel for Defendants.

---

This matter is before the Court on Plaintiff's and Defendants' motions *in limine* as set forth in their pleadings before the Court. The Court ruled off the bench on the motions *in limine* and agreed to issue a ruling prior to trial on the medical records in question of the Plaintiff.

Based upon the memoranda, pleadings, and arguments of counsel, and the Court having reviewed the contents of the file in this matter and being otherwise duly advised in the premises, the Court hereby enters the following:

APR 0 4 2003
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

1. The medical records attached to this order as Appendix A shall be presumptively admissible with the redactions the Court has made and consistent with the Court's ruling off the bench on April 2, 2003.

2. Plaintiff's oral motion in court on April 2, 2003, to amend the complaint to include national origin discrimination in addition to race discrimination is respectfully **DENIED** as untimely.

Dated: April 4, 2003

DONOVAN W. FRANK
Judge of United States District Court

Regions Hospital
640 Jackson Street St. Paul, MN 55101-2595
651-221-8684



**Encounter #:** 03370-153-3-0333 **Patient: FORTE, SALAMATU** **Location: ERW**
HPN:
Date of Birth: 08/16/1971

Log Number: 6

CHIEF COMPLAINT: The patient is a 29-year-old female who arrives with a chief complaint of depression.

HISTORY OF PRESENT ILLNESS: The patient states that she has been having trouble finding a place to live. She has bad credit. She, her husband and her 6-year-old child were evicted from their apartment on 06/10/2000. They have been living with friends. They have been sleeping on the floor. She states that the people that they are living with are up until 1 a.m. sometimes watching television and they cannot get a good nights sleep. She states that she has been having much difficulty finding a place to live because of her bad credit. She pays the fees for the credit report which are up to $40 and then they deny her because of her credit. She states that she has been very depressed about this. [redacted]

PAST MEDICAL HISTORY: [redacted]

MEDICATIONS: Vitamins.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY: Noncontributory.

SOCIAL HISTORY: Denies drinking, chemical/drug use and smoking. The patient currently lives with friends. She sleeps on the floor with her husband and 6 ½-year-old child.

REVIEW OF SYSTEMS: See emergency medicine department record on the emergency medicine department shingle. Remainder of review of systems are negative.

PHYSICAL EXAMINATION
VITAL SIGNS: Blood pressure 164/76, pulse 110, respiratory rate 22, temperature 98.8 orally, $SAO_2$ of 100% on room air.
GENERAL: The patient is awake but tearful. She appears to be very upset.
HEENT: Pupils equal, round and react to light and accommodation. Nonicteric. Oropharynx is clear.
NECK: Supple. Nontender and no adenopathy.
CHEST: Clear to auscultation and equal.
CARDIOVASCULAR: Regular rate and rhythm without murmur, rub, or gallop.
ABDOMEN: Soft, round, nontender. [redacted]
BACK: Negative costovertebral angle tenderness.
EXTREMITIES: No clubbing, cyanosis or edema.
NEUROLOGIC: Cranial nerves II through XII are intact. Grips intact and equal.

EMERGENCY MEDICINE DEPARTMENT COURSE: Social services saw the patient in the emergency medicine department and felt that she was not suicidal. He gave her references on low cost housing authority for Hennepin county, Ramsey county and Dakota county. He spoke with her at length. I also spoke with her at length. She stated clearly that she has been depressed over her housing situation but not suicidal. She states that she has been eating well and having difficulty sleeping because of the noise in the apartment. Social services offered the patient admission to the psychiatric unit as a respite. She considered this but then declined stating that she needed to get her child ready for school tomorrow and that she wanted to be with her family. We felt there was no reason to hold the patient and she was discharged to home. Condition stable.

EXHIBIT
43

410-308-299 (2/98)

APPENDIX A

Visit Date: 11/28/2000 **EMERGENCY MEDICINE NOTE**

Patient Name: FORTE, SAL[illegible]ATU

FINAL DIAGNOSES

1. Depression.
2. Situational depression.

The patient was given Vicodin 1 p.o. in the emergency medicine department for her dental pain and she stated she would pick up her prescription that was being filled at Walgreen's in the morning and start taking it. She had been seen by a dentist today and a given the prescription for an antibiotic and her teeth are going to be pulled on Friday. She was given references for housing by the social worker.

bkl

Dictated: 11/27/2000 23:11:34

Transcribed: 11/28/2000 06:27:04

Job #: 909992

cc:

Cheri L. Audrain, MD

Patient seen with: David Hale, MD

FORTE, SALAMATU
03370153 3 0335
08 16 71 F
BS TFR
ERW

11 28 00

# Regions Hospital®

Living situation: c̄ Friends + Family
Support people: husband

Psychiatrist: Ø
EM Physician: Dr. Hale

Presenting problem & history 29 yo b♀ in our E.R. via SPPD - Pt. had called them because she was so depressed. Pt. has a 6½ yo daughter + husband. They were evicted from their apt. in Aug. 00 & have been living c̄ friends since. Pt. said that the residence is far too small for the # of people living there, pt. + daughter sleep on the floor usually, daughter gets to bed late (1-2 a.m.) & is tired, late for school. Pt. + husband have less than ⊕ credit & they are having an extraordinarily difficult getting a place to live. When they apply, the people take their appl. fee, sometimes a deposit & then she often can't get the deposit back s̄ calling her lawyer. Pt. sleep & appetite is poor, [redacted] Pt. wanted info on housing. Pt. denys suicidal ideation / Ø MH Hx.

| Date: | Diagnosis: |
|---|---|
| 11/28/00 | Adj. D/O c̄ Anxiety + Depression |

410-236-608 (07/00)

## CRISIS PROGRAM

| PROBLEM | DENIES | SUBJECTIVE STATEMENTS: | PROBLEM | DENIES | | BRIEF MENTAL STATUS EXAM |
|---|---|---|---|---|---|---|
| | | sleep disturbance | | | anxiety | appearance |
| | | appetite disturbance | | | panic attacks | speech |
| | | sad/depressed mood | | | manic symptoms | affect |
| | | impaired concentration | | | alcohol use | mood |
| | | decreased interest | | | drug use | motor |
| | | suicide thoughts - passive | | | paranoia | thought process |
| | | suicide thoughts - active | | | hallucination | insight |
| | | homicide thoughts | | | delusions | orientation |
| | | decreased energy | | | cognitive difficulties | behavior |
| | | loss of pleasure | | | somatic symptoms | |
| | | hopeless/helpless/worthless | | | | |

Suicide / Homicide / Safety Risk: Ø

Assessment: Adj. D/O

Plan: (Health Care Funding State Fund) Pt. counselled & given housing info. Rec d/c.

Voluntary: ☐ 72 hr. hold: ☐

Plan discussed with: ☒ Patient ☐ Family/ Community ☐ EMD staff

Informed unit NS & locked ☐

William J. Michalski LICSW
Social Worker Signature:

Original: Chart

Yellow: Social Worker

FORTE, SALAMATU
033701533-0333
AGE 029Y FC BS PC

Pts. Name

| Brought by | Triage | Category | Log # | WT |
|---|---|---|---|---|
| SPPD | E ☐ W ☒ FT ☐ | II | | |

PMD/Clinic: Rice Street
Placed in room #: Time:
Domestic violence screen: Done ☐
Initials: DF

| Time | BP | P | R | Temp | $SAO_2$ | GCS | DT | LMP |
|---|---|---|---|---|---|---|---|---|
| 0120 | 164/76 | 110 | 22 | 98.8 TM | 100% RA | | | |

Age: 29 Reason for visit: States she been very depressed - "Housing problems - a going alot" She called police to bring her down. Teary, talkative. Denies wanting to harm herself

Chronic diseases: [redacted]

Medications: Vitamins

Allergies: ∅

Triage R.N. ______ Primary R.N. [signature]

| Date | OD | OS | |
|---|---|---|---|
| 11-28-00 | | | ☐ Uses corrective lenses |
| | | | ☐ Wearing for acuity ✓ |

| G-3 | PA | G-2 | G-1 | Rotator | Studer |
|---|---|---|---|---|---|

SIGNATURE — COMPLETED (INCL. ROS) — DICT #
[signature] ☒ 11280105
☐
Cheri Audrain, MD
Resident, Emergency Medicine
STAFF ☐

S/O to ______ at ______

Chart Reviewed By: ______ ☐

David B. Hale, MD
Staff, Emergency Medicine
STAFF STAMP

*Covers back of sheet, corresponding dictation and nursing record

PMH: [redacted]

MEDICATIONS: ☒ REVIEWED FROM NURSING NOTE

ALLERGIES: ☒ REVIEWED FROM NURSING NOTE

## PROCEDURES

## LACERATIONS

By ______
(additional laceration repairs - use stamp)
Location ______
Total Length ______
Simple ☐ Intermed ☐ Complex ☐
Neurovascular Normal Abnl
Anesthesia: Drug and Method
Cleaned and Explored Yes No
Closed with: Glue ☐ Staples ☐ Steri Strip ☐

| Suture Type | Size | Number |
|---|---|---|
| | | |
| | | |

## REVIEW OF SYSTEMS

| | No Problem | See HPI | Problem |
|---|---|---|---|
| General | ☒ | ☐ | SI/C |
| HEENT | ☐ | ☒ | toothache |
| Resp | ☒ | ☐ | |
| Cardiac | ☒ | ☐ | |
| GI | ☒ | ☐ | |
| GU | ☒ | ☐ | |
| Muscl. Skel. | ☒ | ☐ | |
| Neuro | ☒ | ☐ | |
| Psychiatric | ☐ | ☒ | |
| Skin | ☒ | ☐ | |
| Immuno | ☐ | ☐ | |
| HEM/ENDO | ☒ | ☐ | |

☒ All other systems negative
☐ Unable to obtain due to ______

## FINAL DIAGNOSIS:

1. Depressed - mild
2. Situational dysfx
3.
4.
5.

**Disposition:** (Circle one) Home (circled), LWBE, AMA, Expired, Jail, Detox, Transfer to, Clinic O, Admit to

Meds: ∅
EPIC
INSTR: ∅
Worksl[ip] given ☐
Condition at discharge
☒ Stable
☐ Unstable

Follow-up: Where
When

## SOCIAL HX

| | No | Yes | |
|---|---|---|---|
| Drinking | ☒ | ☐ | |
| Chemical Use | ☒ | ☐ | |
| Smoking | ☒ | ☐ | |
| Domestic Violence | ☒ | ☐ | |

Living Cond.: Lives c friend

## FAMILY HX

NC

Med record reviewed ☐ Y ☐ N ☐ Not Available
Consult Social Services Time Called ______
2. ______ Time Called ______